PD-0430-15

NO._____

IN THE
TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

CALVIN LOUISE RUSHING
VS.
THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

FROM APPEAL NO 12-14-00112-CR
TRIAL CAUSE NO. 2012-0431
ANGELINA COUNTY

FIRST MOTION FOR AN EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE TEXAS COURT OF CRIMINAL APPEAL JUDGES:

Comes now, **Calvin Louise Rushing**, Appellant, and files this **Motion For An Extension Of Sixty[60]** days in which to file a Petition For Discretionary Review [**Pro-Se**], with The Court Of Criminal Appeals; And in support thereof, Appellant will show unto The Court as follows:

I.

The Appellant was convicted in The **217Th** District Court of **Angeline County, Texas**, for the first degree felony offense of **Aggravated Robbery**, in cause No. 2012-0431, styled **State Of Texas vs. Calvin Louise Rushing**. The Appellant herein, appealed to The **Twelfth Court Of Appeals [Tyler,Texas]**. The case of appeal was affirmed on **March 25Th,2015**.

II.

The present deadline for filing [**Pro-Se**] Petition For Discretionary Review [Inclding Weekends And Holidays], is **April 25th,2015;** Excluding Weekends And Holidays, is **April 29Th,2015.** The Appellant herein, has not previously requested any prior extension of time prior to his instant request.

## III.

Appellant's request for an extension is based upon the following facts: Appellant was not informed of the decsion of The Court Of Appeals in affirming his case until **March 27Th,2015.** Since that time Appellant has diligently been attempting to gain legal representation in this matter, but has proven unsuccessful. Appellant's previous Court-Appointed Attorney[**John D. Reeves**], has informed Appellant that counsel would not be representing Appellant further on Petition For Discretionary Review to The Texas court Of Criminal Appeals.

**WHEREFORE,** Appellant prays the Court grant this motion and extend the deadline for filing '**Appellant's Pro-Se Petition For Discretionary Review**' in cause No. 12-14-00112-CR, to **May 25Th,2015.**

RESPECTFULLY SUBMITTED,

CALVIN LOUISE RUSHING
TDCJ-ID# 1925565
Allen B. Polunsky Unit
3872 FM 350 South
Livingston,Texas 77351

EXECUTED THIS®® __13tH__ DAY of __april__ ,2015.

-2-